JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA ROMANO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>BOSTON SCIENTIFIC CORPORATION, a Delaware corporation; BOSTON SCIENTIFIC NEUROMODULATION CORPORATION, a Delaware corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO.: CV 21-9863-GW-ASx<br><br>District Judge: Hon. George H. Wu<br><br>**ORDER GRANTING VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)** |

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that this action is dismissed with prejudice, each party to bear their own fees and costs, including attorneys' fees. The Clerk of the Court is directed to close this case.

Dated: August 10, 2022

_____
HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(A)(1)(A)(II)